**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Fred James LEMAY, III, Defendant—Appellant.**

No. 05–35111.

D.C. Nos. CV–04–110–DWM, CR–99–116–DWM.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Nov. 15, 2005.

John P. Rhodes, David C. Avery, FDMT—Federal Defenders of Montana, Missoula, MT, for Defendant—Appellant.

Marcia Good Hurd, USBI—Office of the U.S. Attorney, Billings, MT, for Plaintiff—Appellee.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

Before WALLACE, LEAVY, and BERZON, Circuit Judges.

MEMORANDUM**

Fred LeMay, a federal prisoner, appeals the denial of his 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence for aggravated sexual assault of a minor, in violation of 18 U.S.C. §§ 1153 and 2241(c). He contends that under *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), the district court violated his Sixth Amendment rights in enhancing his sentence based on judge-found facts. This contention is foreclosed because *Booker* does not apply retroactively to convictions that became final prior to its publication. *See United States v. Cruz,* 423 F.3d 1119, 1119–20 (9th Cir.2005) (per curiam).

AFFIRMED.

courts of this circuit except as provided by 9th Cir. R. 36–3.